UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-33691 |
| BRIAN JOHN CERNIGLIA ) | Chapter 13 |
| <u>Debtor (s)                                        </u> ) | |

## CERTIFICATE OF MAILING

     The undersigned hereby certifies that a true copy of the Chapter 13 Plan and Proof of Claim was mailed to all parties in interest at the addresses set forth in the mailing matrix, by first class mail on February 25, 2019.


Dated: <u>2/25/19        </u>             /s/<u>                                             </u>
                                                             THOMAS P. SHREVE
                                                             Attorney for Debtor