**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brian John Cerniglia** | Social Security number or ITIN | xxx–xx–8863 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Kentucky | Date case filed in chapter 7 | 12/4/18 |
| Case number: | 18–33691–acs | Date case converted to chapter 13 | 2/20/19 |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian John Cerniglia | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1582 Rineyville Big Springs Road<br>Rineyville, KY 40162 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas P. Shreve<br>200 South Main St.<br>Elizabethtown, KY 42701 | Contact phone 270–737–1125<br>Email: colleen@thompsonlaw.org |
| 5. | **Bankruptcy trustee**<br>Name and address | William W. Lawrence –13<br>310 Republic Plaza<br>200 S. Seventh Street<br>Louisville, KY 40202 | Contact phone 581–9042<br>Email: ECF@louchapter13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 | Office Hours: 8:30 a.m. to 4:30 p.m. Eastern Time Zone<br>Contact phone 502–627–5700<br>Date: 2/26/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 8, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Case may be dismissed without further notice if debtor fails to attend the meeting. | **Location:**<br>Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:** No later than 60 days after the first date set for the Meeting of Creditors above. |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **Filing deadline: 5/1/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan will be sent separately. The Confirmation Hearing will be held on the morning or afternoon of the 341 Meeting. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                  Case No. 18-33691-acs
Brian John Cerniglia                                                    Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0644-3           User: aohlmann              Page 1 of 2                  Date Rcvd: Feb 26, 2019
                               Form ID: 309I               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db             +Brian John Cerniglia,    1582 Rineyville Big Springs Road,    Rineyville, KY 40162-9659
aty            +Tim Ruppel,    601 W. Broadway,    Room 512,    Louisville, KY 40202-2229
tr             +William W. Lawrence -13,    310 Republic Plaza,    200 S. Seventh Street,
                 Louisville, KY 40202-2751
6415081        +Absolute Resolutions Investments LLC,    P.O. Box 3999,    Saint Joseph, MO 64503-0999
6415083        +Best Egg,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
6415087        +Javitch Block, LLC,    1100 Superior Ave. 19th Floor,    Cleveland, OH 44114-2521
6415088        +K. Tarra Gardner,    Lloyd & McDaniel, PLC,    P.O. Box 23200,    Louisville, KY 40223-0200
6415091        +Paypal Credit,    41112 Concept Drive,    Plymouth, MI 48170-4253
6415093        +Robert K. Hogan,    Meagan L. Tate,    John P. Sienkiewicz,    1100 Superior Avenue, 19th Floor,
                 Cleveland, OH 44114-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: colleen@thompsonlaw.org Feb 26 2019 19:37:37     Thomas P. Shreve,
                 200 South Main St.,    Elizabethtown, KY  42701
smg            +E-mail/Text: aesterle@jeffersoncountyclerk.org Feb 26 2019 19:37:56
                 Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 900,
                 Louisville, Ky 40202-3315
ust            +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Feb 26 2019 19:38:00     Charles R. Merrill,
                 Asst. U.S.Trustee,    601 West Broadway #512,    Louisville, KY 40202-2229
cr             +EDI: RMSC.COM Feb 27 2019 00:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
cr             +EDI: WFFC.COM Feb 27 2019 00:33:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                 1000 Blue Gentian Rd,    MAC #N9286-01Y,    Eagan, MN 55121-1663
6415082        +EDI: GMACFS.COM Feb 27 2019 00:33:00      Ally Financial,    P.O. Box 380901,
                 Minneapolis, MN 55438-0901
6415084        +EDI: CHASE.COM Feb 27 2019 00:33:00      Chase Bank One Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
6415085        +E-mail/Text: bankruptcy@fortknoxfcu.net Feb 26 2019 19:38:17      Fort Knox Federal Credit Union,
                 3939 S Dixie Blvd,    Radcliff, KY 40160-5113
6415086        +E-mail/Text: bankruptcy@huntington.com Feb 26 2019 19:38:02      Huntington National Bank,
                 41 South High St.,    Columbus, OH 43215-6170
6415089         EDI: CBSKOHLS.COM Feb 27 2019 00:33:00      Kohls,    P.O. Box 3115,    Milwaukee, WI 53201-3115
6415089         E-mail/Text: bncnotices@becket-lee.com Feb 26 2019 19:37:48      Kohls,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
6415090        +EDI: MID8.COM Feb 27 2019 00:33:00      Midland Funding,    2365 Northside Drive #300,
                 San Diego, CA 92108-2709
6415092        +E-mail/Text: bankruptcy@prosper.com Feb 26 2019 19:38:18      Prosper MarketPlace, Inc.,
                 101 2nd St. Fl. 15,    San Francisco, CA 94105-3672
6415777        +EDI: RMSC.COM Feb 27 2019 00:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
6415094        +EDI: RMSC.COM Feb 27 2019 00:33:00      Synchrony Bank/Amazon,    P.O. Box 965015,
                 Orlando, FL 32896-5015
6415095        +EDI: RMSC.COM Feb 27 2019 00:33:00      Synchrony Bank/Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
6415096        +EDI: RMSC.COM Feb 27 2019 00:33:00      Synchrony Bank/Sams Club,    P.O. Box 965005,
                 Orlando, FL 32896-5005
6415097        +EDI: WTRRNBANK.COM Feb 27 2019 00:33:00      Target Credit/TD Bank USA,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
6415098         EDI: CITICORP.COM Feb 27 2019 00:33:00      The Home Depot/ CBSD,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
6415099         EDI: USBANKARS.COM Feb 27 2019 00:33:00      US Bank,    P.O. Box 108,    Saint Louis, MO 63166
6415100        +EDI: VERIZONCOMB.COM Feb 27 2019 00:33:00      Verizon Wireless,    P.O. Box 650051,
                 Dallas, TX 75265-0051
6415101        +EDI: WFFC.COM Feb 27 2019 00:33:00      Wells Fargo Home Mortgage,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0644-3          User: aohlmann             Page 2 of 2              Date Rcvd: Feb 26, 2019
                              Form ID: 309I              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
              Charles R. Merrill     ustpregion08.lo.ecf@usdoj.gov
              Thomas P. Shreve    on behalf of Debtor Brian John Cerniglia colleen@thompsonlaw.org,
               lori@thompsonlaw.org
              Tim   Ruppel    on behalf of US Trustee Charles R. Merrill ustpregion08.lo.ecf@usdoj.gov,
               tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com
              William W. Lawrence -13    ECF@louchapter13.com,   ecf.bk.westky@gmail.com
                                                                                           TOTAL: 4
```